UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Thomas P. Cossette

       v.                    Civil No. 08-cv-21-JL

NH, State of

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 17, 2009, no objection having been filed.

SO ORDERED.

March 13, 2009                  _____
                                     Joseph N. Laplante
                                     United States District Judge

cc:    Jeanne Vanim-Botting, Esq.